```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MAHABIR MAHABIR a/k/a
RANDOLPH MAHABIR,

                Plaintiff,

       - against -

QUEENS DOLLAR, INC. d/b/a
99 CENTS RUSH, et al.,

               Defendants.
-----------------------------------------------------------X

19 Civ. 09395 (JPO) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Defense counsel has filed an application to withdraw. (Dkt 19.) If the Defendants wish to respond, they shall do so by filing a response no later than June 1, 2020. Absent any response, the application will be granted. Defense counsel shall serve a copy of this Order on Defendants and file proof of service of same no later than May 22, 2020.

                           SO ORDERED.

                           _____
                           ROBERT W. LEHRBURGER
                           UNITED STATES MAGISTRATE JUDGE

Dated:      May 20, 2020
             New York, New York

Copies transmitted to all counsel of record.