```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/27/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MAHABIR MAHABIR a/k/a
RANDOLPH MAHABIR,

                Plaintiff,

     - against -

QUEENS DOLLAR, INC. d/b/a
99 CENTS RUSH, et al.,

                Defendants.
-----------------------------------------------------------X

19 Civ. 09395 (JPO) (RWL)

**SCHEDULING ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The telephonic Initial Pretrial Conference set for May 28, 2020 at 2:30 p.m. before Magistrate Judge Robert W. Lehrburger is adjourned in light of defense counsel's pending application to withdraw.  (Dkt 19.)

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated:     May 27, 2020
             New York, New York

Copies transmitted to all counsel of record.