```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAHABIR MAHABIR a/k/a                    :
RANDOLPH MAHABIR,                        :
                                         :
                     Plaintiff,          :
                                         :
        - against -                      :
                                         :
QUEENS DOLLAR, INC. d/b/a                :
99 CENTS RUSH, et al.,                   :
                                         :
                     Defendants.         :
------------------------------------------------------------X
```

19 Civ. 09395 (JPO) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On June 2, 2020, the Court granted defense counsel's request to withdraw, and ordered the Defendants to appear either pro se or by counsel (corporate entities necessarily must appear by counsel) by July 2, 2020. The record reflects no appearances by any Defendant. Accordingly, the Court will give Defendants a final opportunity to appear by July 15, 2020. Absent appearance pro se or by counsel, Plaintiff may make an appropriate application.

The Clerk's Office is directed to mail a copy of this Order to Defendants and note service on the docket:

> QUEENS DOLLAR INC. d/b/a 99 CENTS RUSH
> care of Samir Dhanani
> 1466 Westchester Avenue
> Bronx, NY 10472
>
> TANVIR DHANANI
> 32-18 69th Street
> Woodside, NY 11377
>
> RIYAZ DHANANI
> 1466 Westchester Avenue
> Bronx, NY 10472

1

SAMIR Z. DHANANI
16344 20th Road
Whitestone, NY 11357

AMIT SHAH
1466 Westchester Avenue
Bronx, NY 10472

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:     July 8, 2020
           New York, New York

Copies transmitted to all counsel of record.