A telephonic Discovery Conference is set for **January 6, 2021** at **10:30 a.m.** before Magistrate Judge Lehrburger. The parties shall call the teleconference line at **(888) 398-2342** and enter access code **9543348**. The parties are instructed to review and adhere to Judge Lehrburger's individual rules and practices.

SO ORDERED:
12/28/2020

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

# CILENTI & COOPER, PLLC
ATTORNEYS AT LAW
10 Grand Central
155 East 44th Street - 6th Floor
New York, New York 10017
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/28/2020

December 21, 2020

**STATUS REPORT AND
REQUEST FOR CONFERENCE**

BY ECF

Hon. Robert W. Lehrburger, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  *Mahabir Mahabir v. Queens Dollar Inc., et. al.*
    Case No.: 19 Civ. 9395 (JPO)(RWL)

Dear Judge Lehrburger,

  We are counsel for the plaintiff, and we write this correspondence pursuant to this Court's Case Management Order for a status report [Docket 30, Sec. 16]. The parties held a formal mediation with clients on September 28, 2020 but did not resolve the case. Plaintiff served written discovery requests and interrogatories on November 10th. Answers are overdue and defendants have not sought additional time to respond. During our conversation with defense counsel last week, we learned that defendants will not respond to discovery and that defense counsel may seek to withdraw from further representation of the defendants. We respectfully request a conference with the court to determine whether defendants wish to have a settlement conference with the court and whether defendants intend to respond to discovery, change counsel, or default in this matter.

  Defendants have not served Rule 26 disclosures or answered any of the pending discovery requests of the plaintiff.

  Thank you for your consideration of this case.

           Respectfully,

           /s/ *Peter H. Cooper*

           Peter H. Cooper

cc:  Stephen Hans, Esq. (by ECF)