```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAHABIR MAHABIR a/k/a                    :
RANDOLPH MAHABIR,                        :
                                         :
                          Plaintiff,     :
                                         :
         - against -                     :
                                         :
QUEENS DOLLAR, INC. d/b/a                :
99 CENTS RUSH, et al.,                   :
                                         :
                          Defendants.    :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/12/2021

19-CV-9395 (JPO) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

A pre-settlement conference call was scheduled for today, Friday, February 12, 2021, at 11:00 a.m. Neither party appeared. Additionally, Defendants have not filed the requisite pre-conference statement, which was due on February 11, 2021. The parties have provided no excuse for these lapses. Accordingly, (1) counsel shall thoroughly and carefully review my rules and procedures for settlement conferences available on the Court's website, (2) counsel and the parties shall fully comply with those rules and procedures, (3) at or before the settlement conference scheduled for February 18, 2021, counsel shall explain why they failed to appear for the February 12, 2021 call, and (4) Defendants shall submit their pre-conference statement no later than Monday, February 15, 2021.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

1

2

Dated: February 12, 2021
       New York, New York

Copies transmitted this date to all counsel of record.