# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
10 Grand Central
155 East 44th Street - 6th Floor
New York, New York 10017
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102

February 12, 2021

**REQUEST FOR CONFERENCE**

**BY ECF**
Hon. Robert W. Lehrburger, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/12/2021
```

    Re:    *Mahabir Mahabir v. Queens Dollar Inc., et. al.*
    Case No.:    19 Civ. 9395 (JPO)(RWL)

Dear Judge Lehrburger,

    We are counsel for the plaintiff, and we write with respect to the scheduled 11:00 a.m. call scheduled for today. With apologies, I lost track of time and called in at ~11:05 a.m. I do not know whether defense counsel called in; there were no other participants when or after I connected.

    I write to ask the court whether it would be willing to reschedule the call for another time today or Monday and to reconfirm that we are on track for the scheduled settlement conference. I note that plaintiff's attendance form and *ex parte* statement were timely submitted.

    Thank you for your consideration of this case.

    Respectfully,

    /s/ *Peter H. Cooper*
    Peter H. Cooper

cc:    Stephen Hans, Esq. (by ECF)

The Court appreciates plaintiff counsel's follow-up. The settlement conference will proceed as scheduled.

SO ORDERED:
2/12/2021
_____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE