```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAHABIR MAHABIR a/k/a                       :
RANDOLPH MAHABIR,                           :
                                            :       19-CV-9395 (RWL)
                            Plaintiff,      :
                                            :       ORDER
            - against -                     :
                                            :
QUEENS DOLLAR, INC. d/b/a                   :
99 CENTS RUSH, et al.,                      :
                                            :
                            Defendants.     :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The parties resolved this case on February 18, 2021. The Court has not yet received a proposed settlement agreement and *Cheeks* submission. Accordingly, by **April 19, 2021**, the parties shall make the requisite filing.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 5, 2021
       New York, New York

Copies transmitted this date to all counsel of record.